UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

In the Matter of:

KELLY DELYNN SUSZEK,   Case No. 07-21880-DSO
                      Chapter 7
                      HON. Daniel S. Opperman

              Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| Verizon North Inc.<br>404 Brock Drive<br>Bloomington, IL 61701 | 12 | $19.47 |
| **Total:** |  | **$19.47** |

Dated: August 9, 2011

*/s/ Karen E. Evangelista (P36144)*
Karen E Evangelista, Trustee
439 S. Main St., Suite 250
Rochester, MI 48307
(248) 652-7992
brewera1008@yahoo.com